IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| ROBERT J. HOWARD, III, | ) | |
| | ) | CASE NO.  CV 04-489-S-MHW |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| JO ANNE BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Memorandum Decision and Order, which REVERSED the

Commissioner's decision finding that the Petitioner is not disabled within the meaning of the

Social Security Act, Judgment is hereby entered in favor of the PETITIONER, and the case is

REMANDED for a determination of benefits.

DATED: **April 3, 2006**

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**Judgment - page 1**